| | |
|---|---|
| HEATH BETTAG ) | |
| ) | |
| v. ) | NO. 3:05-CV-233 |
| ) | |
| BLOUNT COUNTY SHERIFF'S ) | |
| DEP'T, OFFICER LATHAM, ) | |
| SGT. SLAGLE, CAPT. DAN ) | |
| NUBERT, CPL. BILL FANCIER, ) | |
| CPL. RON MEYERS, and JAMES ) | |
| BERRONG, Sheriff ) | |

## ORDER OF JUDGMENT

In accordance with the accompanying memorandum and order, this *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 is **DISMISSED without prejudice** for failure to exhaust administrative remedies. Should the plaintiff wish to appeal, he is **DENIED** leave to proceed *in forma pauperis* because any appeal in this matter would not be taken in good faith and would be frivolous. *See* 28 U.S.C. § 1915(a)(3).

**ENTER**:

    s/Thomas W. Phillips
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT